| | | | |
|---|---|---|---|
| Com. v. Vann .......................... | 2676 EDA 2015<br>Affirmed | 10/27/2016 | CP–51–CR–0403001–<br>2006<br>CP–51–CR–1207771–<br>2005<br>(Philadelphia) |
| Com. v. Brown ....:................... | 3299 EDA 2015<br>Affirmed | 10/27/2016 | CP–51–CR–0009707–<br>2012<br>(Philadelphia) |
| Com. v. Williams–Keyes .............. | 1431 MDA 2015<br>Affirmed | 10/27/2016 | CP–40–CR–0000877–<br>2015<br>CP–40–CR–0004138–<br>2014<br>(Luzerne) |
| Com. v. Cook ......................... | 381 MDA 2016<br>Vacated and<br>Remanded | 10/27/2016 | CP–44–CR–0000087–<br>2013<br>CP–44–CR–0000517–<br>2012<br>(Mifflin) |
| Miller v. Miller....................... | 797 WDA 2015<br>Affirmed | 10/27/2016 | FD–09–002320–016<br>(Allegheny) |
| Tarabori v. Fisher .................... | 1721 WDA 2015<br>Reversed and<br>Remanded | 10/27/2016 | 512 of 2011<br>(Potter) |
| Com. v. Faust......................... | 1351 EDA 2015<br>Affirmed . | 10/28/2016 | CP–23–CR–0000733–<br>1975<br>(Delaware) |
| Angstadt v. Faddis ................... | 2605 EDA 2015<br>Affirmed | 10/28/2016 | 2012–005034<br>(Delaware) |
| Angstadt v. Faddis ................... | 2606 EDA 2015<br>Affirmed | 10/28/2016 | 2012–005034<br>(Delaware) |
| Com. v. Minnis ...................... | 3062 EDA 2015<br>Affirmed | 10/28/2016 | CP–51–CR–0005914–<br>2007<br>(Philadelphia) |
| Com. v. Jones........................ | 3585 EDA 2015<br>Affirmed | 10/28/2016 | CP–23–CR–0000895–<br>2006<br>(Delaware) |
| Com. v. Colon ....................... | 3683 EDA 2015<br>Affirmed | 10/28/2016 | CP–51–CR–0310501–<br>2003<br>(Philadelphia) |
| Com. v. Jackson ..................... | 507 EDA 2016<br>Affirmed | 10/28/2016 | CP–23–CR–0001065–<br>2015<br>(Delaware) |
| Haines v. Hackenberg ................ | 887 MDA 2015<br>Affirmed | 10/28/2016 | CV–0263–2013<br>(Snyder) |
| Com. v. Latchford.................... | 1580 MDA 2015<br>Vacated and<br>Remanded | 10/28/2016 | CP–21–CR–0000006–<br>2010<br>(Cumberland) |
| Com. v. Ealy......................... | 1925 MDA 2015<br>Affirmed | 10/28/2016 | CP–28–CR–0000747–<br>2013<br>CP–28–CR–0000748–<br>2013<br>(Franklin) |